PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>LAWRENCE E. BACA, JR,<br><br>             Defendant. | CASE NO. 5:21-PO-586-SAB<br><br>STIPULATION TO SET CHANGE OF PLEA AND SENTENCING HEARING, AND VACATE TRIAL DATE; ORDER<br><br>DATE: March 1, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on March 1, 2022.

2. The parties have reached a plea deal. Defendant intends to plead guilty to the citation, charging him with Operating a Motor Vehicle Off Road in Undesignated Areas, at Death Valley National Park, in violation of 36 C.F.R. 4.10(a). The government will recommend the Court impose a $380.00 fine. Defendant is free to argue whatever sentence he deems appropriate.

///

///

///

///

STIPULATION TO VACATE TRIAL DATE            1

3. The parties request that the March 1, 2022 bench trial be vacated and converted to a change of plea and sentencing hearing at that same date and time.

IT IS SO STIPULATED.

Dated: January 26, 2022                         PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JEFFREY A. SPIVAK
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney

Dated: January 26, 2022                         /s/ Lawrence E. Baca, Jr.
                                                LAWRENCE E. BACA, JR
                                                Defendant, Pro Se
                                                (approved via email 1/25/2022)

**ORDER**

IT IS SO ORDERED.

Dated:  **January 26, 2022**
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE TRIAL DATE                         2