# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:21-po-00586-SAB |
| | ) | |
| Plaintiff, | ) | [Citation E10375070 CA/71] |
| v. | ) | |
| | ) | **DEFENDANT'S STATUS REPORT ON** |
| LAWRENCE E. BACA | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**   36 CFR § 4.10(a):  Operating a Motor Vehicle Off Road in Undesignated Areas

**Sentence Date:**          March 1, 2022

**Review Hearing Date:** April 12, 2022 at 10:00 a.m. Bakersfield

**Probation Expires On:** May 1, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:**  $380.00 which Total Amount is made up of a Fine: $ 340.00 Special Assessment: $ 10.00 Processing Fee: $ 30.00 Restitution: $ 0.00

☒      Payment schedule of $380.00 to be PAID IN FULL by 04-08-2022.

☐      **Community Service hours Imposed of:**  N/A

☒      **Other Conditions:**  The defendant shall notify the court and, if represented by Counsel, your counsel, of any change of address and contact number.

### *COMPLIANCE:*

☒      Defendant has complied with and completed <u>all</u> conditions of probation described-above.

#### **Otherwise:**

☐      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

              If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐      To date, Defendant has paid a total of $
         ☐ If not paid in full when was last time payment:          Date: Click here to enter a date.
                                                                                          Amount:

☐      To date, Defendant has performed Click here to enter text.  hours of community service.

☐      Compliance with Other Conditions of Probation:

_**GOVERNMENT POSITION:**_

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

  **Government Attorney:  Jeffrey A. Spivak**  Dated:  March 11, 2022

_**DEFENDANT'S REQUEST (OPTIONAL):**_

  In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 4/12/2022 at 10:00 a.m. in Bakersfield

   ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒  be vacated.

☒  that Defendant's appearance for the review hearing be waived.

DATED: March 11, 2022       /s/ Lawrence E. Baca
                LAWRENCE E. BACA, Defendant
                PRO SE

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that the Review Hearing be vacated.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **March 14, 2022**               
               UNITED STATES MAGISTRATE JUDGE