PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. . 5:21-po-00586-SAB |
|---|---|
| Plaintiff, | [Citation E10375070 CA/71] |
| v. | JOINT MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c); FED. R. CRIM. P. 32.1(c); and ORDER |
| LAWRENCE E. BACA, | |
| Defendant. | |

The United States Attorney, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and Lawrence E. Baca, Pro Se Defendant, hereby move for an early termination of probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c).

On March 1, 2022, the Court sentenced Defendant Lawrence E. Baca to serve 60 days unsupervised probation to expire on May 1, 2022 (ECF No. 9). The conditions of Defendant's probation include payment of a fine in the amount of $340.00; payment of a special assessment in the amount of $10.00; and payment of a processing fee in the amount of $30.00 for a total financial obligation of $380.00 to be paid in full by April 8, 2022. Additionally, Defendant is to obey all laws, notify of any financial or address change. The Court set a Probation Review Hearing for April 12, 2022, at 10:00 a.m.

before Magistrate Judge Stanley A. Boone, wherein the Defendant was ordered to personally appear at that hearing.  If Defendant pays the fine in full there is no need to appear.

Defendant paid the fine in full to the Central Violations Bureau on March 8, 2022, and as of March 11, 2022, said payment is reflected in the Court's docket as "PAYMENT $380.00 received on 03/11/2022 for Citation(s) "Operating a Motor Vehicle Off Road in Undesignated Areas". (CVB Auto) (Entered: 03/11/2022)." (ECF No. 14).

Inasmuch as the Defendant has paid his financial obligation in full, the parties respectfully request this Court to terminate probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c).

DATED: March 11, 2022				Respectfully submitted,

						PHILLIP A. TALBERT
						United States Attorney

					By:	/s/ Jeffrey A. Spivak
						JEFFREY A. SPIVAK
						Assistant United States Attorney

DATED: March 11, 2022				Respectfully submitted,

					By:	/s/ Lawrence E. Baca
						LAWRENCE E. BACA, Pro Se
						Defendant

**O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be terminated and that the Probation Review Hearing set for April 12, 2022 at 10:00 a.m. be vacated.

IT IS SO ORDERED.

Dated:   **March 14, 2022**

						UNITED STATES MAGISTRATE JUDGE